**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

December 2, 2009

Clerk, U.S. Bankruptcy Court

RE: Gene c. & Jeanetta M. Vanauken
  Bankruptcy Case No. 1-04-04535
  Unclaimed Funds For: ONYX Acceptance Group
    3905 Dallas Parkway
    Plano TX 75093-7892

Dear Clerk:

Enclosed herewith please find check No.75913° for $547.40 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager

